UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BARD IVC FILTERS PRODUCT LIABILITY LITITGATION, ------------------------------ DORIS JONES; et al.,         Plaintiffs, and LAW OFFICES OF BEN C. MARTIN; MARTIN BAUGHMAN PLLC,         Appellants,  v. BABBITT & JOHNSON PA; et al.,         Appellees, C. R. BARD, INC., a New Jersey corporation, BARD PERIPHERAL VASCULAR, INC., a subsidiary and/or Division of defendant C.R. Bard, Inc., an Arizona corporation,         Defendants-Appellees, and CHRISTIAN MOTTAS, CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEMS, | No. 22-15872 D.C. No. 2:15-md-02641-DGC District of Arizona, Phoenix ORDER |

INC.; et al.,

        Defendants.

Appellants, The Law Offices of Ben Martin, and Martin Baughman PLLC, and Appellees, Babbitt & Johnson PA, et al., are ordered to file simultaneous supplemental briefing on whether this court has jurisdiction to hear this appeal under the final judgment rule, 28 U.S.C. § 1291, the collateral order doctrine, or on any other basis. These supplemental briefs shall not exceed fifteen pages or 4,200 words and shall be filed within 7 days of the date of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7